# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: STEPHEN MEILE | :<br>:<br>:<br>:  Misc. 21-7     (RBK)<br>:<br>:  **ORDER**<br>:<br>:<br>:<br>: |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court on its own motion; and

**IT APPEARING TO THE COURT** that on June 11, 2021, this Court swore in a jury of twelve individuals and two alternates in the matter of *United States v. Kevin Ruiz-Quezada*, No. 19-617. (Doc. 78.)

**IT APPEARING TO THE COURT** that after swearing in the jurors, the Court read Preliminary Instructions to the jury. (Doc. 78.) The Preliminary Instructions prohibited jurors from conducting any research or making any investigation on their own into any matters relating to this case or this type of case. This Court advised the juror panel that it would be improper for the jurors to supplement the information about this case with outside research. The Court ordered the jurors to not visit the scene, conduct experiments, consult reference works or dictionaries, or search the internet, websites or blogs for additional information, or use a computer, cellular phone, or other electronic device or tool of technology, or any other method, to obtain information about the case, the type of case, the parties in the case, or anyone else involved in the case. Throughout trial, the

Court repeatedly admonished the jury not to conduct any outside research into matters related to the case in any way.

**IT APPEARING TO THE COURT** that on June 15, 2021, the trial in *United States v. Kevin Ruiz-Quezada* concluded, and the jury began deliberations. The Court was informed by Juror #12 that Juror #7, Stephen Meile, had performed outside research related to the case in violation of the Court's Preliminary Instructions to the jury. (Doc. 85.) Under oath, Stephen Meile confirmed that he had, in fact, performed outside research on matters related to the case. (Doc. 85.) The Court then declared a mistrial. (Doc. 85.)

**IT IS HEREBY ORDERED** that Juror Stephen Meile **SHALL APPEAR** at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, **Courtroom 4D**, Camden, NJ 08101 on **June 29, 2021 at 9:30AM** to **SHOW CAUSE** as to why he should not be held in contempt for violating the Orders of the Court.

Dated: 6/16/2021                                                                            /s/ Robert B. Kugler
                                                                                            ROBERT B. KUGLER
                                                                                            United States District Judge