**UIN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE
HONORABLE ROBERT B. KUGLER**

| | |
|---|---|
| IN RE: STEPHEN MEILE | Misc. 21-7 (RBK) |
| | **ENTRY OF APPEARANCE** |

Please enter my appearance on behalf of Stephen Meile, in the above-captioned matter.

/s/Mark W. Catanzaro
Mark W. Catanzaro, Esquire
21 Grant Street
Mount Holly, New Jersey 08060
Attorney No. 015621985
Phone: (609) 261-3400
Facsimile: (856) 235-4332
Email: Mark@catanzarolaw.com
Attorney for Stephen Meile