UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**:  **DATE OF PROCEEDINGS**: 6/29/21

**JUDGE**: Robert B. Kugler

**COURT REPORTER**: Carl Nami, Jr.

**OTHERS**:  **DOCKET NO**. Misc. #21-7

**TITLE OF CASE**:

IN RE: STEPHEN MEILE

**APPEARANCES:**
Daniel Friedman, AUSA for Gov.'t.
Andrew Carey, AUSA for Gov.'t.
Marc Cantanzaro, Esq. for Stephen Meile
(Stephen Meile present)

**NATURE OF PROCEEDINGS:**

Hearing on Order to Show Cause why Stephen Meile should not be held in contempt for violating Orders of the Court.

**DISPOSITION:**

Court finds Stephen Meile in contempt of Court. ORDERED sanctions be imposed in the amount of $11,227.29 to be paid within 60 days w/Special Assessment in the amount of $25, if applicable. Order to be entered.

COURT ADVISED DEFT. OF RIGHT TO APPEAL.

s/Barbara Fisher
Deputy Clerk

Time Commenced:  9:40 AM   Time Adjourned: 10:15 AM   Total Time:  35 min.