NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: STEPHEN MEILE | : <br> : <br> : Misc. 21-007 (RBK) <br> : <br> : **ORDER** <br> : <br> : <br> : <br> : <br> : |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon its June 16, 2021 Order to Show Cause (Doc. 1). For the reasons expressed on the record at the hearing on June 29, 2021,

**IT IS HEREBY ORDERED** that Stephen Meile is found in contempt of Court. Sanctions are imposed in the amount of $11,227.29 to be paid within 60 days, with a Special Assessment in the amount of $25.

Dated: 6/30/2021                                     /s/ Robert B. Kugler
                                                              ROBERT B. KUGLER
                                                              United States District Judge